IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.:

JAVIER POSADA

    Plaintiff,

v.

BRAVO FOODS, LLC, and QUALITY DINING, INC.

    Defendant,

_____/

## COMPLAINT

COMES NOW, Plaintiff, JAVIER POSADA, by and through undersigned counsel sues BRAVO FOODS, LLC. and QUALITY DINING, INC. and for his cause of action, states as follows:

## JURISDICTION AND VENUE

1. This Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331, and 28 U.S.C. 1343 for the Plaintiffs claims arising under Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12182 (hereinafter "ADA").

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)(1) and (b)(2) because (a) the Defendant is in this judicial district, and (b) a substantial

part of the events or omissions giving rise to Plaintiffs' claims occurred and are occurring within this judicial district.

3. Javier Posada (hereinafter "Posada") is a person who resides in Lee County, Florida and is *sui juris*.

4. Posada is a Deaf man and, as such, is a person with a disability as defined by 42 U.S.C. § 12101 and communicates in American Sign Language ("ASL") as his primary language.

5. Bravo Foods, LLC is a for profit corporation which is licensed to and is doing business in Lee County, Florida.

6. Defendant Quality Dining, Inc. is a foreign corporation, licensed and doing business in Florida.

7. Defendant, Bravo Foods, LLC, owns multiple Burger King franchises in Florida, including a Burger King franchise restaurant located at 4004 Cleveland Ave, Fort Myers, Florida.

8. Defendant, Quality Dining, Inc., operates approximately 150 Burger King restaurants in Florida, Indiana and Michigan, including the operation of a Burger King franchise restaurant located at 4004 Cleveland Ave, Fort Myers, Florida.

9. Posada retained the Nova Southeastern University Shepard Broad College of Law Disability Inclusion and Advocacy Law Clinic and has agreed to pay the reasonable costs of litigation.

10. Posada is a frequent customer of Burger King restaurants owned and operated by the Defendant Bravo and operated by Defendant Quality Foods in Lee County, Florida. On many occasions that he goes to these Burger King Restaurants, he is not assisted at the drive through window.

11. On July 23rd, 2023, Mr. Posada decided to use the drive through window as he was driving with his children to pay and pick up the food that he had ordered his food via the Burger King phone application.

12. Mr. Posada had drove past the speaker box at the drive- thru lane at Burger King to the cashier window to communicate that he was there to pay and pick up his order.

13. Mr. Posada is unable to use the drive- thru speaker box because he is unable to hear any verbal communication that is coming from the speaker box.

14. At the cashier window Mr. Posada came into contact with two employees of the Burger King Restaurant, Rochelle Jones ("Jones") and Heather Koschney ("Koschney").

15. When Jones and Koschney verbally instructed Mr. Posada to use the speaker box to order food, Mr. Posada showed Ms. Jones and Ms. Koschney that he was

Deaf by trying to use his phone to use to write notes as a means of communication.

16. Jones and Koschney refused to serve Posada, and then closed the window and refused to assist or communicate with Posada.  Jones instructed Koschney not to have any interaction with Posada.

17. Posada refused to move his car from the drive-thru lane.  He decided that, after being denied many times, he was going to take out his phone and video Jones and Koschney. When Posada tried to sign at them to get their attention, Jones proceeded to pantomime and mimic Posada's signing, and then turn it into a dance.

18. This belittled, demeaned and humiliated Mr. Posada in front of his children.

19. Posada called the police and refused to move because Defendants refused to serve him solely due to his disability.

20. After several minutes passed the Manager, Mr. Miderly "Steven" Juste (hereinafter "Mr. Juste") came to the cashier drive- thru window.

21. Upon his realization that Mr. Posada was Deaf, Mr. Juste attempted to communicate with Mr. Posada with pen and paper.

22. By the time the police arrived, Posada lost his appetite and only interested in filing a police complaint and leaving.

23. Defendants do not have any policies, procedures, or training relating to providing effective communication to customers with disabilities.

24. Defendants have discriminated and will continue to discriminate against Mr. Posada and others similarly situated because of their disabilities as a result of failing to adequately train its employees on by denying them access to place orders in the drive-through.

25. Through the actions and circumstances described above Burger King has violated and, unless enjoined, will continue to violate Section III of the ADA.

**WHEREFORE**, Plaintiff demands that this court enjoin Defendants Bravo Foods, LLC and Quality Foods, Inc., from discriminating against persons with hearing impairments including entering a declaratory judgment, pursuant to Rule 57 of the Federal Rules of Civil Procedure and entering a permanent injunction ordering both Defendants to establish policies relating to accommodations and effective communication and provide training to all employees of all restaurants either owned Defendant Bravo and/or operated by Defendant Quality Foods, Inc on how to accommodate and provide effective communications to persons who are Deaf.

Respectfully submitted on this 18th of July 2024.

*/s/ Matthew Wilson Dietz*
Matthew Wilson Dietz

Disability Inclusion and Advocacy Law Clinic *3305 College Avenue* Davie, FL 33314

Florida Bar Number: 0084905
*Attorney for the Petitioner*
Disability Inclusion &
Advocacy Law Clinic
Nova Southeastern University
Shepard Broad College of Law
3305 College Avenue
Fort Lauderdale, FL 33314
Tel: (954) 262 – 6138
Email: mdietz@nova.edu